# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TYRON BYRON JACKASAL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-550

_____

January 10, 2024

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Howard L. Dimmig, II, Public Defender, and Richard J. Sanders, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan S. Tannen, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.